UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

United States of America

                          vs.                                                    1: 14 Cr. 296 ( KBF )

Matthew Davis,
            Defendant.
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 23 2015

## NOTE FROM JURY

### PLEASE PRINT

Message: Testimony of: Aaron William & Bernard Folks } 3 copies

- Video of Dante's Stabbing
- Video of Van on Cortland after the murder
- Page 1 of GX 632

Print Name: Virginia M. Leone
Sign Name: Virginia M. Leone
Date: 4/14/15
Time: 1:30 pm

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 8

RECEIVED ON: April 14, 2015

TIME RECEIVED: 1:30   [ ] a.m. / [✓] p.m.