Matthew Davis
Reg No. 69975-054
F.C.I Loretto
Federal Correctional Institution
P.O. Box 1000
Cresson, PA 16330

June 4 2020

Honorable Paul A. Crotty
United States District Judge
for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v Matthew Davis 14 Cr. 296(PAC); 19CV1965 (PAC); 19CV2026(PAC)

Dear Judge Crotty:

I am writing in regards to a motion I filed for "Emergency motion for sentence reduction seeking Compassionate Release pursuant to the First Step tct "Extraordinary and Compelling reason" 18 U.S.C. 3582(c)(1)(A)(i). Following The COVID-19 Pandemic." It has been over 8 weeks and my motion is still not on the docket. I send the motion to the pro se unit "Matthew Davis 14 Cr. 296(PAC)

I have no other copies of the motion or exhibits because F.C.I Loretto is not allowing prisoners to print or copy anything at the moment, and I'm asking the Court to send the original because after

(PAC)  June 14, 2020

the motion and Exhibits are scanned to pacer. I'm asking the Court to tell me know if they recieve the motion to Cause its not showing on the docket. Thank you for your time.

Respectfully Submitted,

[signature] pro se.

MATTHEW DAVIS

Reg No. 69975-054

P.S. Forward me
and up-date docket sheet.


RECEIVED JUN 17 2020 CHAMBERS OF HONORABLE PAUL A. CROTTY U.S.D.J.


RECEIVED JUN 17 2020 CHAMBERS OF HONORABLE PAUL A. CROTTY U.S.D.J.


RECEIVED JUN 17 2020 CHAMBERS OF HONORABLE PAUL A. CROTTY U.S.D.J.