## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN F. KALEY
WALTER MACK

  OF COUNSEL
JOHN JACOB RIECK, JR.
JAMES J. WASSERMAN
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

August 5, 2020

**By ECF Filing**
Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY 10007

> 8/6/2020
> Davis' reply is due by August 17, 2020. SO ORDERED.
>
> /s/ Paul A. Crotty

Re: *United States v. Matthew Davis*
Docket No. 14 Cr. 296 (PAC)

Dear Judge Crotty:

    I was appointed in the above-referenced matter to assist Matthew Davis in filing a motion for compassionate release.  I filed such a motion on Mr. Davis' behalf on July 20, 2020 and the Government filed opposition to the motion on August 3, 2020.  I write now to request an opportunity to file a reply to the Government's submission by August 17, 2020.  The Government consents to this request.

    Thank you for the Court's consideration of this request.

                                       Respectfully submitted,

                                       /s/

                                     John F. Kaley

cc    AUSA Abigail Kurland
       AUSA Jessica Lonergan
       (via ECF filing and email)