UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MATTHEW DAVIS,

Defendant.

14-CR-296 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the defendant's *pro se* letter filed March 18, 2025 (Dkt. No. 232), indicating an intention to file motion(s) and inquiring to which judge the case is now assigned. As a result of defendant's letter, this case has been reassigned to me. All future filings in this case should be addressed to Judge Paul A. Engelmayer.

The Clerk of Court is requested to mail a copy of this order to the defendant at the below address:

Matthew Davis
Reg. No. 69975-054
FCI Danbury
33 ½ Pembroke Rd.
Danbury, CT 06811

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: March 20, 2025
          New York, New York