UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MATTHEW DAVIS,

                    Defendant.

---

14-CR-296 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 29, 2015, the defendant was sentenced principally to a term of imprisonment of two hundred forty (240) months. Dkt. 128.

On July 1, 2025, the defendant filed a motion requesting that this Court reduce his sentence pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. Dkt. 234. The United States Probation Department has issued a report concluding that the defendant is not eligible for relief. Dkt. 235.

The Court has considered the record in this case, including the defendant's motion and the Probation Department's report. The Court finds that the defendant is ineligible for sentence reduction, because he was sentenced to the mandatory minimum term of imprisonment, and hence is ineligible for relief under Amendment 821. The Court accordingly denies this motion.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: May 29, 2026
      New York, New York